FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 JUN 27 PM 1:50
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Tristan Scorpio

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Sodexo, Inc. etat.

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:23CV282
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tristan Scorpio |
| Street Address | 2421 South 9th Street |
| City and County | Omaha, Douglas County |
| State and Zip Code | Nebraska 68183 |
| Telephone Number | 000-000-0000 |
| E-mail Address | N/A |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kristell "Chris" Reynolds |
| Job or Title *(if known)* | Former Sodeox @ Creighton University General Manager Now: Uni |
| Street Address | 2400 California Plaza or 2400 Cass St. or 2500 California Plaza |
| City and County | Omaha Douglas County |
| State and Zip Code | Nebraska, 68178 |
| Telephone Number | (402) 968-7998 |
| E-mail Address *(if known)* | (previous work address) |

Defendant No. 2

| | |
|---|---|
| Name | Pamela Reynolds |
| Job or Title *(if known)* | Events Coordinator & General Managers Daughter |
| Street Address | 2400 California Plaza or 2400 Cass St. or 2500 California Plaza |
| City and County | Omaha Douglas |
| State and Zip Code | Nebraska 68178 |
| Telephone Number | (308) 750-1110 |
| E-mail Address *(if known)* | (Previous Work Address) |

Defendant No. 3

| | |
|---|---|
| Name | Sodexo, Inc. (etat.) |
| Job or Title *(if known)* | Sodexo People Center. Shanice Smith Sr. Hr. Specialist-LOA |
| Street Address | 2400 California Plaza or 2400 Cass St. or 2500 California Plaza |
| City and County | Omaha Douglas County |
| State and Zip Code | Nebraska 68178 |
| Telephone Number | (240) 673-6680 |
| E-mail Address *(if known)* | Shaniece.Smith@Sodexo.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Creighton University |
| Street Address | 2500 California Plaza |
| City and County | Omaha, Douglas County |
| State and Zip Code | Nebraska, 68178 |
| Telephone Number | (402) 280-2750 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Other federal law *(specify the federal law)*:

  Please See Attached Discrimination Charge

- [x] Relevant state law *(specify, if known)*:

  Please See Attached Discrimination Charge

- [x] Relevant city or county law *(specify, if known)*:

  Please See Attached Discrimination Charge

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: Failure to Provide Safety or Safe work conditions. The company c

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

June 2022

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race People of Color will never attain or
- [x] color The company considers people of
- [x] gender/sex Treated with reatillation due to not
- [x] religion Abused at work for being a: Child c
- [x] national origin The company views Petitioner as a
- [ ] age *(year of birth)* ________ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Please See Attached Witness Statement. The Company sold my persoanl information as a "life insurance policy". To Terminate the policy is virtually impossible. The company has effected Petitioners Personal Credit. The company has s $25,000 murder contract on Petitioner. Evidence of this fact is in the attachment: Life Insurance Policy where the company is listed as the Benificary.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
2022 and 2023

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 04/17/2023 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to the company creating a $25,000 Life Insurance Policy against Petitioner where the Sodexo, Inc. Etat. is listed as the: master policy holder and benificary. Due to this Theft by Employment Deciete. Including the 7 years of future future alleged extortion and credit tarnishing harassment from the companys "401K & Life Insurance Policy" alleged Fraud. Combined with the companys sever past EEOC Violations 10 Year Criminal History. The Petitioner is requesting a settlement amount of $250,000 US Dollars.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/23/2023

Signature of Plaintiff: Tristan Scorpio

Printed Name of Plaintiff: Tristan Scorpio

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

6/23/2023

Dear United States District court.

1. Please issue Plaintiff a court ordered Lawyer.

2. Plaintiff is under attact pubically ad in severe Danger at Home Resident.

3. Please approve the $250,000 k settlement out of court.
* out of Fear: the Plaintiff has current murder $25,000 contract to kill plaintiff 4 retalliation.

Summary: Plaintiff would have stayed a temp vs Sodexo Hate of employment.

Please note: if case is dismissed, please return the $402 to the very poor plaintiff. thank you

From,

Traumatized Plaintiff

Thank you

# Facts and Evidence Key List

| Evidence # | Key Facts |
| --- | --- |
| A1 | Evidence of Final attempt to attain Legal Counsel. No Lawyer will help Petitioner plaintiff due to: 99%-100% of Lawyers in a conflict of interest, or Fear of career tarnishment loss of income. [1 Page] |
| → | Plaintiff Request of Honorable United States District Court to Appoint plaintiff Lawyer. Thank you. |
| A2 | Evidence of Retalliation and Slander. [2 pages] |
| A3 | Charge of Discrimination and Federal/State Laws Violation Summary [2 pages] |
| A4 | Example of the city of Omaha trying to destroy the ethical actions and character of plaintiff. [3 pages] |
| A5 | Example of the Slander and untrue Facts Locally EEOC wanted Plaintiff to Sign to Justify Defendants Unetical Alleged Behavior [3 pages] |
| A6 | Witness statement Plaintiff had to write, off work, unpaid, and on personal computer. After all Black shoes, long sleeve, Pants During 2022 Heat wave. this was VP of company to Reston [17 pages] |

# Key Facts

| # | |
|---|---|
| #A7 | [3 pages] = Summary of the 4 types of Charges of Discrimination |
| #A8 [2 pages] | Example of the career / professional matters clients wanted plaintiff to develope. General manager. Kristell, Kris Reynolds stated to plaintiff = her unability to stop 1980's operations & business. — Plaintiff insight was used to exploit to gain insider information on improved practices. Hence why the company no train plaintiff. |
| VIP# A9 [3 pages] | the company refuses to discuss the dexent, on attempt to resolve issues of plaintiff. — the company refuses to provide! therapy services. * which would have prevented EEOC charge process |
| VIP #A10 [1 page] | Example of the employment Badge discrimination process of Defendants. |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Kansas City Area Office**
400 State Ave, Suite 905
Kansas City, KS 66101
(913) 340-8810
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Tristan Scorpio
2421 South 9th Street
Omaha, NE 68105

Re: Tristan Scorpio v. Sodexo
EEOC Charge Number: 563-2023-00541

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact JOHN MCMAHAN by telephone at (913) 359-1802 or email at JOHN.MCMAHAN@EEOC.GOV.

Sincerely,

04/17/2023

JOHN MCMAHAN
EQUAL EMPLOYMENT
INVESTIGATOR

Enclosure

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Kansas City Area Office**
400 State Ave, Suite 905
Kansas City, KS 66101
(913) 340-8810
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/27/2023

**To:** Tristan Scorpio
2421 South 9th Street
Omaha, NE 68105

Charge No: 563-2023-00541

EEOC Representative and email: John McMahan
Investigator
john.mcmahan@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 563-2023-00541.

On behalf of the Commission,

Digitally Signed By: David Davis
03/27/2023

David Davis
Acting District Director

**cc:**
Mandy  Hurt
Sodexo
2400 California Street
Omaha, NE 68104


Please retain this notice for your records.

Gmail Evidence #A1 Heavens Chosen One <the1heavenchose@gmail.com>

**563-2023-00541**

3 messages

**Heavens Chosen One** <the1heavenchose@gmail.com> Tue, May 16, 2023 at 1:26 PM
To: "JOHN E. MCMAHAN" <JOHN.MCMAHAN@eeoc.gov>

Thank you Honorable Mr. John E. McMahan Sir,

**Message:**
1. I'm supposed to receive a letter of engagement from Nebraska Sen. Justin Wayne Esq. Sen. Justin Wayne. District 13. Room 1103 P.O. Box 94604. Lincoln, NE 68509 (402) 471-2727. Email: jwayne@leg.ne.gov

In the event I don't receive the Letter of Engagement from him.

2. I'm requesting as stated in your letter: request for a court appointed attorney by the last 30 days countdown to file. reasons: major conflict of interest by 99.99% of lawyers who practice in nebraska and even the state bar association (they were my client during the case in question) (State of nebraska bar association events at Creighton University: for example)

Thank you for your time Mr. McMahan Sir; and, I look forward to your future correspondence. Please have a nice day

---

**JOHN E. MCMAHAN** <JOHN.MCMAHAN@eeoc.gov> Tue, May 16, 2023 at 2:15 PM
To: Heavens Chosen One <the1heavenchose@gmail.com>

Good afternoon,

Please read the back of the letter carefully, you will need to contact the court if you want a court appointed attorney. For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

**In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.**

**John McMahan, Federal Investigator**

U.S. Equal Employment Opportunity Commission
Kansas City Area Office – St. Louis District
400 State Avenue, Suite 905
Kansas City, KS 66101
913-359-1802 (Direct)
John.McMahan@eeoc.gov

> = G.O.A.T investigator #1 :) = So helpful & Nice!!!

*Save time, click **HERE** to check your EEOC charge status online, or to visit our public portal.*

**From:** Heavens Chosen One <the1heavenchose@gmail.com>
**Sent:** Tuesday, May 16, 2023 1:26 PM
**To:** JOHN E. MCMAHAN <JOHN.MCMAHAN@EEOC.GOV>
**Subject:** 563-2023-00541

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Thank you Honorable Mr. John E. McMahan Sir,

Message:

1. I'm supposed to receive a letter of engagement from Nebraska Sen. Justin Wayne Esq. Sen. Justin Wayne. District 13. Room 1103 P.O. Box 94604. Lincoln, NE 68509 (402) 471-2727. Email: jwayne@leg.ne.gov

In the event I don't receive the Letter of Engagement from him.

2. I'm requesting as stated in your letter: request for a court appointed attorney by the last 30 days countdown to file. reasons: major conflict of interest by 99.99% of lawyers who practice in nebraska and even the state bar association (they were my client during the case in question) (State of nebraska bar association events at Creighton University: for example)

Thank you for your time Mr. McMahan Sir; and, I look forward to your future correspondence. Please have a nice day

---

**Heavens Chosen One** <the1heavenchose@gmail.com> Fri, Jun 9, 2023 at 9:17 AM
To: gethelp@aclunebraska.org

---------- Forwarded message ---------
From: **Heavens Chosen One** <the1heavenchose@gmail.com>
Date: Tuesday, May 16, 2023
Subject: 563-2023-00541
To: "JOHN E. MCMAHAN" <JOHN.MCMAHAN@eeoc.gov>

Thank you Honorable Mr. John E. McMahan Sir,

Message:
1. I'm supposed to receive a letter of engagement from Nebraska Sen. Justin Wayne Esq. Sen. Justin Wayne. District 13. Room 1103 P.O. Box 94604. Lincoln, NE 68509 (402) 471-2727. Email: jwayne@leg.ne.gov

In the event I don't receive the Letter of Engagement from him.

2. I'm requesting as stated in your letter: request for a court appointed attorney by the last 30 days countdown to file. reasons: major conflict of interest by 99.99% of lawyers who practice in nebraska and even the state bar association (they were my client during the case in question) (State of nebraska bar association events at Creighton University: for example)

Thank you for your time Mr. McMahan Sir; and, I look forward to your future correspondence. Please have a nice day

First Alert Weather 24/7 Weather Livestream 6 News Streaming Sports CWS 2023 Contact Us

Evidence #A2

81° Omaha, NE

BREAKING: Council Bluffs Police Searching For Suspect Who Fled From Stolen Vehicle

Air Quality Alert Is In Effect

ADVERTISEMENT

# South Omaha eyesore leaves neighbors frustrated over alleged illegal dumping

A South Omaha property owner says his dumping isn't illegal.

ADVERTISEMENT

By Mike McKnight
*Published: May. 9, 2023 at 10:31 PM CDT*

OMAHA, Neb. (WOWT) - After neighbors took video of him dumping old tires in piles on his own lots near 9th and Castelar Streets in South Omaha, 6 On Your Side confronted property owner Tristan Scorpio, who claims he's done nothing wrong.

"For the record, I will keep it there, and I'll build a fence around it, and I have that right to do that," Scorpio said.

That has neighbors worried the worst is yet to come.

"If it was burning, it wouldn't stop," said neighbor Jeremy Hamilton. "It would burn all this down, I think. I mean, it's just piles of tires with pallets on top of it ready for kindling. It's just ready to go up."

ADVERTISEMENT

That's one reason why city, county and state officials, along with Omaha Police, recently inspected the property to see if two lots with one owner are being used for illegal dumping.

Castelar St & S 9th St
Omaha, NE 68108
Directions
View larger map
Victory Apts 2
A1 Tow Truck of Omaha
St. Joseph Villa
Burger King
S 9th St & Castelar St, Omaha, NE 68108
Grace Baptist Church
Arbor St
Village Green Townhouse

## Most Read

Omaha Police respond to incident at Fun-Plex pool

Omaha waterpark to remain closed for days after near-drowning

The lots that used to be wooded are more barren with the appearance of a dumpsite. The property lies at the bottom of a street lined with houses, and a relative of one homeowner is glad complaints didn't lead to a dead end.

"We've called several agencies, and today is the day they're going to react for us."

ADVERTISEMENT

Douglas County Health sent Scorpio an illegal dumping violation notice, while Omaha Police cited him for allowing weeds and litter on his property. What city inspectors left on the property -- a sign with an official notice of violation, and a letter intended for the property owner saying he's been warned before, and he's past a deadline for cleaning up this mess.

The owner says dumping on the lots is to fulfill his building plans.

"This is an active construction site, so you can't say you can't do deliveries now," Scorpio said. "You can't say I can't do this stuff. This is my job site. This is my property."

But next-door neighbors don't see it.

ADVERTISEMENT

"What does he care? He leaves at night and it doesn't matter to him," Hamilton said. "He acts like he's going to build a house here, a couple of houses here, but the stuff isn't filling -- you can't build on it."

Hamilton says he made a debris barrier to keep dumped material from being pushed onto his property, but owners of a third lot say it's too late for space.

"People seeing this guy doing this kind of stuff around us, it's setting a bad example of seeing an empty lot and come and dump trash or whatever they want, and that's no fair at all," said neighboring lot owner Miguel Martinez.

Not apologizing for the dumping he's allowed on his lots, Tristan Scorpio says he'll be ready for court.

ADVERTISEMENT

While waiting on the outcome of the illegal dumping charge, officials from four agencies will huddle again to decide how the mess should be cleaned up -- and neighbors will be watching.

Scorpio tells 6 On Your Side he's filed applications for building on the lots, but city records show only one permit granted, and that's for an electrical pole. The city reports no permits on file for a landfill.

*Copyright 2023 WOWT. All rights reserved.*

**Heart Surgeon Begs Americans: "Stop Doing This To Your Avocados"**
The top 3 common foods that you would have never guessed were the cause of your fatigue.
Gundry MD | Sponsored
Learn More

**How Much Does Medicare Pay Towards A Walk In Tub?**
Seniors are getting Walk-In Tubs at a fraction of the cost. We found out how they're doing it
Senior Bath Solution | Sponsored
Learn More

**Tinnitus? Do This Immediately (Watch)**
Goodlife-24 | Sponsored

**Cardiologists: Overweight? Do This Before Bed**
Healthy Guru | Sponsored
Watch Now

**Here's What Gutter Guards Should Cost You In 2023**
The Actual Cost of Gutter Guards in 2023 May Surprise You
LeafFilter Partner | Sponsored
Learn More

**American Shoppers Should Think Twice Before Buying from These 2 Stores**
It's a bigger problem than you might think (the ugly truth)
Online Shopping Tools | Sponsored
Learn More

Fleetwood Mac tribute band among acts making tour stops in Omaha

ADVERTISEMENT

## Latest News

Omaha small business owner plays detective, recovers stolen truck

CWS 2023: Omaha Baseball Village closes up shop after final game

Omaha small business owner plays detective, recovers stolen truck

Council Bluffs Police searching for suspect who fled from stolen vehicle



Plaintiff

ESPN Broadcasted $1 Million Dollar Basket Ball Event @ Crighton University

Evidence 43

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [X] FEPA [X] EEOC

Agency(ies) Charge No(s): 563-2023-00541

Nebraska Equal Opportunity Comission, City of Omaha Human Rights & Relations Department and EEOC

*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Sodexo Employee 6641940 | 6026285146 | 1983 |

Street Address / City, State and ZIP Code: 2421 South 9th Street Omaha, NE 68105

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two are named, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| SODEXO, INC. AND AFFILIATED COMPANIES (ETAL.) | 501+ Employees | 4025466309 |

Street Address / City, State and ZIP Code: 9801 Washingtonian Blvd. Gaithersburg, MD 20878

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Kristell Reynolds General Manager for Creighton Dining at Creighton University at Sodexo | 25+ eMPLOYEES | 4029687998 |

Street Address / City, State and ZIP Code: 2400 Cass St Omaha, NE 68178

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

[X] RACE [X] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [X] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[X] OTHER (*Specify*) IRS Discrimination

DATE(S) DISCRIMINATION TOOK PLACE — Earliest: 06/03/2022 Latest: 12/07/2022

[X] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

Respondent has over 10 years of charged convictions of discrimination. I formally request Respondent to order Kristell "Kris" Reynolds to exonerate any allegation of charges by Volunteering to participate in an official investigation polygraph administration test administered by appropriate US Government Jurisdiction Agency's to prove her innocence and fact associated with her allegedly not violating: Title VII of the Civil Rights Act of 1964 law, IRS Civil Rights Laws, Title VII employment discrimination based on race, color, religion, sex and national origin, Civil Rights Act of 1991 [(Pub. L. 102-166) ( CRA ) and the Lily Ledbetter Fair Pay Act of 2009 (Pub. L. 111-2)] amend several sections of Title VII, Cases of disparate treatment, Cases of disparate impact, Sex Discrimination's two major categories of sexual harassment: (1) quid pro quo and (2) hostile work environment, Section 50.4.2 "Title VII and Hostile Work Environment", Executive Order 11022, Executive Order 11246, Executive Order 11478, Executive Order 11480, Executive Order 11830, Executive Order 12106, 42 USC 2000 - Other unlawful employment practices § 2000e–3. Other unlawful employment practices, TITLE 42—THE PUBLIC HEALTH AND WELFARE § 2000d–5 to any program or activity under which Federal financial assistance is extended by way of a contract of insurance or guaranty, IRS Civil Rights Fraud.

*Attachment Investigator drafted response for EEOC summarized comprehension from Official Government employee writings.

Respondent Failure to submit to Polygraph investigation will display as omission of guilt. For Respondent to

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State or Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

Emailed to KCMO EEOC

Date Charging Party Signature

Mr John Morrow Investigator :)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

Evidence #A3

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 563-2023-00541 |

**Nebraska Equal Opportunity Commission** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev. etc.)* | Home Phone | Year of Birth |
|---|---|---|
| Tristan Scorpio | (602) 628-5146 | 1983 |

Street Address

1

Omaha, NE 68101

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Sodexo | 501+ Employees | (402) 546-6309 |

Street Address

2400 California Street

Omaha, NE 68104

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Color, Disability, Race, Retaliation, Sex | 06/03/2022 | 10/31/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about June 3, 2022, I became a direct employee of Sodexo and was employed as a Catering Supervisor. During my employment with Sodexo, employees made disparaging comments about my, race, color, and sexual orientation. I was not allowed to attend meetings with other managers outside of my protected group. I was harassed and sexually harassed by a supervisor that kept hitting my back while at work. I was denied access to computers, phones and training to do my job. I was denied treatment for my disability after requesting it. After making a complaint to the General Manager about my supervisor I was fired around October 2022. I believe that I was harassed, sexually harassed, subjected to terms and conditions of employment, and discharged because of my sex-male, sexual orientation, color-caramel, race-biracial, and in retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended and in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

X

*Date* *Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

Evidence #4

# Christian & Tristan

-402-444-5052 City of Omaha General# 1701413

## May 10, 2022
## Meeting minutes

**Time**: Tuesday 2;00 PM

## Agenda items

I. **Final Outcome Solution:**

A) On Property Address: Approve the partial vacation process of 8th and Arbor Street to allow my property to build a "Drive Way".

B) Switch the Zoning Code of my properties: 2421 South 9th Street, 2505 South 9th Street, and 2506 South 9th Street from: Single Family to Multi-Family Housing.

C) Improve the Gravel Road on 9th Street in associated with the "Site-Plan" I created into either. **C!}** Brick Sub Layer with finished Concrete Layer with drainage. System under road. **Or C!!)** Allow my neighbors and I to purchase the road improvement construction materials, allow me to design the "gravel road improvements" to support city beautification and longer lasting gravel road improvements. With connection with City of Omaha Roads Improvement Construction Crew to Perform the Construction with City of Omaha General#1701413 working directly with City Road Improvement Foreman's working under my Directorship on how to execute the "City Beautiful Grave Road & Drainage Improvements {attached pictures are examples of finished gravel road options}. In accordance to drainage support and city engineer rapid approval's. Less than 60 days.

D) The finished three properties will allow platform to start the development of more affordable housing. The property selections will allow other Class E City of Omaha General Contractors to add additional floors to existing housing. Development allowing Class E Contractors and skilled Labors to have access to smaller City Residential BIDS.





E) With the City of Omaha stopping the current 6 years of discrimination or sending me on directions of dead end roads. Will conclude of homes supporting making Omaha Historical Architecture greater again. It will provide current residents the opportunity for existing homes to have additional second floors added onto existing structures. This will put more revenue into home owners, and allow rapid solutions for the 80,000 affordable housing needs rapid solutions.

F) By the City of Omaha Stopping with the: Gas Lighting, Hate, Abuse, Lack of Providing Closure, Lack of Doing Safety Improvements, and lack of supporting a General Contractor who has the vision and planning insight on providing affordable housing and job developments. Omaha will be better equipped to attract more manufacturing businesses to Omaha. Including supporting what I call: Nebraska... Home of Hidden Jewels. Bringing a balance of the Good Life into reality for all people.









Evidence #4

The Following are the List of Discrimination Issues and Undue Financial Abuse I've endures over the last six years with City of Omaha.

A) Would not allow me to pre-pay my taxes in 2018.

B) 2020: After working two years and saving money to build on my property. The City of Omaha made the mistake of not telling me about 2 years of back taxes not owed prior to me taking ownership of 2 of my three properties. This resulted in: the City of Omaha GIVING ZERO REGARDS. TO HOW COVID-19 EFFECTED MY LIFE, MY FAMILY, MY CAREER. The City of Omaha stole money I needed for my City of Omaha General Contractors License. I was reminded of Crystal Clear Discrimination in the County Court Systems: and I was Basically Rapped By an unethical attorney and county judge. The goal was to get a life-long binding "Foreclosure" on my record to insure I would endure financial discrimination in Banking or Tring to attain funds for my real estate. The Goal of the City of Omaha was to insure that a person such as myself will always endure discrimination and insure that I own nothing. The city turned $40 of back taxes into almost $1,900. I went months without stable food resources, and struggled beyond explanations. City of Omaha Happily gave me my: Cross, Thorn Crown, Knife in my side, Spikes in my wrist & feet, and insured that I was out in the streets to be mocked. Money of which they did not need due to the: Federal Government providing City Employees with emergency Covid-19 Relief Funds. The City employees have zero clue as to how hard it was for someone like me: who was effected the most by Covid-19 Financially. I didn't have the option to complain about sitting at home, collecting a full paycheck, and health benefits. I had to embrace the City of Omaha Hate they continuously served me on a Diamond Encrusted Platter. I had to embrace the hate as a blessing to make me a more ethical person. The City of Omaha put me thought the process of how diamonds are created. They kept me alone, and insured I was q perfect victim. What the City Officials whom inflicted the abuse failed to realize. Though they have provided me with first class VIP Door matt treatment: I am not a VICTIM!!!! The process has only turned me into a diamond. Stronger than ever and Beautiful.

VIP = Evidence #AS = Not Created By Plaintiff

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☒ FEPA<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

Nebraska Equal Opportunity Commission and EEOC

DATE RECEIVED BY NEOC

| NAME (indicate Mr., Ms., Mrs.) | HOME TELEPHONE |
|---|---|
| Mr. Tristan Scorpio | (602) 628-5146 |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 2421 S 9 St Omaha NE 68108 | 12/2/1983 |

Refuse to Sign

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE |
|---|---|---|
| Sodexo, Inc. | 15-100 Employees | |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | | COUNTY |
| 2500 California Plaza Omaha NE 68178 | | Douglas |
| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE |
| Soxexo, Inc. | | |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | | COUNTY |
| 9801 Washingtonian Blvd Gaithersburg MD 20878 | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE [X] SEX<br>[X] RETALIATION<br>[X] SEXUAL ORIENTATION | *EARLIEST* 5/1/2022 *LATEST* 11/2/2022<br>[ ] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

Slander + Not True

I. I am a multiracial male, but I do not meet the sexual stereotype of a male in how men are expected to present themselves in my physical appearance, actions, and/or behaviors. I have been employed with Respondent since June 2022, most recently as a Catering Supervisor. Due to my race, sex and sexual orientation, I was harassed, sexually harassed, subjected to different terms and conditions of employment, denied training, denied promotions, and not paid proper wages. I complained about this treatment and due to my race, sex, sexual orientation, and in retaliation for my complaints, I was harassed, subjected to further different terms and conditions of employment, and I was terminated.

II. I believe I have been discriminated against on the bases of sex, male, for not conforming to sex stereotypes about how men are expected to present themselves in my physical appearance, actions and/or behaviors, and race and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as Amended, and Sections 48-1104 and 48-1114(1)(a) of the Nebraska Fair Employment Practice Act, in that:

1. In May or June 2022, Christopher Bryce Allen (male, White) was hired as Catering Manager and my immediate supervisor. His first day in the office, meeting staff, Allen stated he was going through a divorce and told everyone his ex-wife wouldn't touch his penis or have sex with him. Allen then went on to tell us that he is a 'touchy, feely' person. Mr. Allen would have physical contact with me daily. He would poke me, rub me, and even hit me. I told him to stop but he didn't. Mr. Allen also subjected other female co-workers to sexual harassment as well.

2. I complained to Supervisor Tiffany Marion (female, Black) and General Manger Krystell Reynolds (female, White) about Mr. Allen but nothing was done other than Reynolds shared my complaint with several other members of management. I was subjected to different terms and conditions of employment when I was asked by Ms. Reynolds to write a witness statement about Mr. Allen, but had to use my own computer and write it off of the clock.

3. I was harassed both physically and verbally by Mr. Allen. Mr. Allen would physically hit me on the back. I was called 'that Extra Irrelevant Retarded Faggott' and 'Extra.' Mr. Allen would tell catering staff and other employees about reprimands I had received and other professional growth mistakes I made during developments.

4. Upon my hire, I wasn't given a badge. All white employees get a badge on their first day. I had

VIP= Evidence #15

to go on my own time to student services and ask about and obtain a badge to perform all my job functions.

5. I was denied corporate computer training by Respondent.

6. I was subjected to different terms and conditions of employment when I was not invited to attend Supervisor meetings, despite being a supervisor.

7. I applied for both a Director position, and a Catering manager position during my employment, but Respondent failed to promote me to both positions, even though I was qualified for both. However, despite allegedly not being qualified for these positions, I was expected to train new employees including new upper management.

8. I was denied wages when Respondent kept taking money and overtime from my paychecks. Additionally, Respondent kept changing my IRS Tax exemptions which affected my wages. Respondent printed my overtime hours on different checks, despite not doing this for other employees.

9. I was not paid correctly in that I wasn't allowed to keep my tips, I had to give them to Marion.

10. After I complained to Marion and Reynolds about these issues, Respondent harassed me by sabotaging my catering contracts as I was missing food, venues wouldn't be decorated properly, and my contracts were changed.

11. I was subjected to different terms and conditions of employment when Respondent refused to provide me with free mental health therapy services over Zoom which was available to other employees.

12. In September 2022, after enduring this treatment for months, I was experiencing mental anguish and requested a leave of absence which my supervisor approved. On November 2, 2022, HR Shanice Smith informed me I was terminated 'voluntarily' for not producing medical records for the leave of absence. HR did send me several emails requesting this documentation, but I didn't know how to go about getting it.

13. My performance was outstanding.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | State of ____________ County of ____________ |
| I swear or affirm that I have read the above and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT<br><br>X ______________________________ | On this, the _______ day of ______________, 20____, The Complainant appeared before me, known to me (or satisfactorily proven) to be the person whose name is subscribed to this instrument, and acknowledged that they executed the same for the purposes therein contained.<br><br>Notary Public ______________________<br><br>Notary Seal |

Evidence #A6

**Report Created by: Creighton University Badge# TSC63622**
**2802100099810141**

- the company ~~Com~~ Couldn't legall Resolve the Issue w/o this Document.

* plaintiff is mad Because the company created this mess, then needed plaintiff to clean it up.

* Defendants treat plaintiff Like -Narcissist (Difficult) ABused

A) The Brain washed child

B) The Hand maid / Helper Child

C) the ABomonation truth teller child

D) the Escape Goat child

E) "Walking tower Moments" Escape Goat. Child

#A6

**Your Name, Job Title, Unit Name: Creighton University Sodexo Catering Supervisor 6641940**

**September 11, 2022**

**Key Message: Having to train: 3 new employees, the past 5 employees who quit, and Bryce Allen. Having to train a manager such as Bryce Allen consists of training someone lied to attain unlawful employment. Once Bryce Allen feels as if he's used up all of the trainers' knowledge. Bryce Allen proceeded to implement racist tatictis to take credit for or advantage of minority employees who are forced to train him. Discrimation or Unethical Unhygienic Practices of Bryce Allen is beyond coachable, trainable, or changeable. Bryce Allen either not taking responsibility for his actions, lying on his resume to attain employment from lies/deceit. All conclude of Bryce Allen filling a sense of entitlement and aspiring to sue the university or company for unfair termination. Bryce Allen has a sense of egotistical entitlement; and believes that he is owed special treatment in his pursuit to bring a financial litigation legal matter to the company/university through lawsuit. Endangerment of the health, safety, and well being of the younger freshman female student population is a matter Bryce Allen feels entitled to. Bryce Allen professional goal is to: get the job, work bare minimal, trick others to doing his job, and find many opportunities to have sexual relations with younger students at Creighton University.**

**Bryce Allen clearly discriminates against gay minority employees, minority women emplyees and does passive aggressive insults of how the company will provide all sorts of benefits to people who look like Bryce Allen and not Supervisor 6641940. Example of this is displayed how fast the company provides: University ID Badges to total strangers such as Bryce Allen or other visitors. However; the minorities are always required to perform all job duties beyond performance expectations while not having all the tools necessary to perform job duties. This job has caused excessive trauma, and reminder that discrimination is alive and strong. If Supervisor 6641940 did any of the unprofessional behaviors congruent to Bryce Allen. Supervisor 6641940 believes that not only would the employer terminate employment, but also proceed with involvement of local law enforcement to add additional "no trespassing on university property" to further insure that the irrelevant gay retarded minority embarresement will never be apart of university developments. Especially when Supervisor 6641940 is more than qualified to be the Director of Catering, transforming the department to support the universities long term goal of servicing 2,000 increased student population, real estate development growth from past ownership of City of Omaha Class E General Contractors Construction License, and professional educational credentials.**

**<u>The Accused Person in Question: Catering Manager Christopher "Bryce" Allen</u>**

**Executive Summary of Witness Report List**

#A6

1. Bryce Allen Interview Meet and Greet with the Catering Staff (date: 1st day of work)
2. Bryce Allen First Official Day of work. Setting the Tone for His Personal Life Trauma Bonding with Catering Staff regarding His Ex-Wife and how she didn't want to touch his Penis or have sex with hime for two years (date: 1st day of work)
3. Bryce Allen First Day Campus Tour with Catering Supervisor 6641940 on a tour of Brandice Cafeteria during busy hours next to popular male students and Jesuits Bryce Allen Speaking Loudly about Being Food Deprived and Sexually Mollested as a Child. (date: first day of work)
4. Bryce Allen Living at Hider Hall Apartments. Bragging to the staff about the company paying for his: free rent, relocation fees, and bonuses to both catering and temp employee staff. (date: first 5 weeks of employment)
5. Friday July 8, 2022: Catering Event Coordinator and two Creighton University Operations Female Coordinators who share an office with Sodexo Event Coordinator Pamela Reynolds. All females experiences Bryce Allen executing sexual miscoundut and harrasment by: recording long voice message about having dates/long walks at the botanical gardens, or experienceing trauma from Bryce Allen Lying to each different female about his life or romantic trauma bonding attempts. Basically acting as a perverted male stalker always questioning the females about: personal dating life, "fishing questions" to gain knowledge regarding location where the females in the office park their personal automobiles, sexual topics of doing relationship intimated activities outside of work, and the females cathing Bryce Allen in three different creatively crafted lies of deceit/ illicit sexual connections of verbal or physical communication to succeed at sexual intimacy & minipulaiton control. Auto Recorded Evidence of the Sexual Conversations Submission to Pamela Reynolds from Bryce Allen. Three different females making complaints of Bryce Allen wearing a "cross around his neck" as means to: first encounter with excessive inneproprate touching, conning, or deceive females to gain trust, or lie to, as means to achieve goal of sexual encounters. (date: First Week of employment)
6. Bryce Allen leaving the team in shambles. For Bryce Allen to abuse the free apartment at Hider Hall. It was planned by Bryce Allen to be "unavailable" for student move in days. This action was to ensue a meeting of new students to execute his predator perverted on campus conduct. (date: 2nd week of employment to 5th)
7. Bryce Allen excessively talks about his ex-wife, watching porn, advising people to drink on the job, and always saying: "You must fake it until you make it". (date: 1st week of employment to 2.5 months into employment)
8. Bryce Allen mission of Hiring Employees from the local homeless shelter. Hiring of "Jon". Temp Employee Mrs. Joyce reports: Labor Day 9/5/2022 of Jon being upset about Bryce Allen Lying to him about the job and putting what Bryce Allen called to other employees as "Jon the Heavenly Sent Savior of the Bars because Tristan is so horrible at his job". Including Bryce Allen putting Jon, a recovering alcoholic working hard to achieve sobriety as the newly untrained bartender. Jon walking off the job, had

#A6

**a relapse, stealing liquor. Examples of Bryce Allen Discrimination Workplace Cultue Creations. (date: September 7, 2022)**

9. **Bryce Allen: proceeds to show employees: Sonja, Tahreemah, how he will use the box cutter he uses to: scrape trash off the floors, open boxes, trim his nails, or help cut his finger nails from his "nail biting condition" for opening up "direct food consumption juice product". Examples of Health and Human Food Safety Violations. (date: September 8, 2022)**
10. **Bryce Allen advised Catering Direct Staff and Temps: "His status as a: Very Touchy Feely person who needs attention and affection. (dates: 1st Week of Employment to 3 months into employment**
11. **Bryce Allen excessive touching of employees through "pats on the back". Event in Skutt with employee Aaron. Tristan notices the back of Aaron's work shirt to have a "hand print of dry poop". (date: Skutt room 105 September 9th 2022)**
12. **Bryce Allen bragging to Harper Dining Cooks and Staff about getting three different Creighton University Active Student Girls telephone numbers with talks of him having sexual encounter future planning with the young girls. (date: 8th of September 2022)**
13. **Bryce Allen telling Harper Dining Employee: Kevin about his previous employment in the United States Military. (date: 8th of September 2022)**
14. **Catering Staff was confused about why Bryce Allen was using a military officer's back. Tristan asked "him why is your backpack so full: do you have a rag and chloroform in your backpack". Bryce Allen's response of not denying the comment and looking as if "he was mentally adding chloroform to his shopping list". Tristan stated the comment after Bryce Allen stating he was spending three hours or more walking around campus after finishing work to "relax, unwind, and meet all the new eye candy pretty girls". (date: 2nd week of employment to 1.5 months into employment)**
15. **Bryce Allen using racially motivated words towards minority employees (dates: 1.6 months to current)**
16. **Bryce Allen refusal to discuss: work related health and safety of operations. Discussing health and regulations and better business practices. (date: 1st week to current)**
17. **Bryce Allen uses the President of Creightons events as an excuse to implement discrimionation or opportunities to take credit for others' hard work. (date: Aug 2022 to current)**
18. **Bryce Allen caught Covid-19, violating his superior management's health and safety orders, promoting not wearing a mask, and coming to work not wearing a PPE Face Mask about people who were not aware of him getting a positive test result, then less than one week back to work with no mask. (date; Tuesday July 26, 2022)**
19. **Friday July 29, 2022 to Sunday July 31, 2022 Bryce Allen moving out of Hider Hall. Rubbing into the entire catering staff's face: "Sodexo paid for the 7th Floor Hider Hall Apartment, are paying for my really nice hotel for two weeks b4 I move into my two bedroom apartment at the MUSE Apartments. Example of Employment Discrimination, bragging about his benifits to hourly and temp employees. Creating a toxic/poisonous work culture that "As a wite guy: I will get a company to pay almost $10,000 to house**



me, relocate me, and make sure not only do I have a badge. I will get experience employment perks that temps and black people will never attain. The discrimnation would be proven as factual from: Tiffany Marion working over 40 hours a week, taking care of her children/emergency medical conditions, moving out of her 4 bedroom house and into an apartment without: no missed work shifts, not taking two days off like Bryce Allen, and zero help from the company to assist her in her new promotion or resources to help her move. Bryce Allen made it very clear to brag to all catering staff the perks and benefits of his employment.

20. Student Life Event with Christopher Hill; Tristan was informed by the client that Bryce Allen is not liked by Christopher Hill of Resident Life Services Superior Manager and that his boss is very disturbed by Bryce Allen actions and behaviors. Christopher Hill's freshman event party in Skutt Ballroom hosted by Tristan and Bryce. Concluded with Bryce telling Tristan "We need to split up: you walk about the room and speak with each student". Tristan observes Bryce "using the dating pickup lines with the freshmen girls "I've seen you before (to a clearly young blond freshman girl) while wearing his cross around his neck, and proceed to having a intimate moment with the young girl that proceeded with a potential sexual connection telecommunication exchange for future meeitings about "Christ" and is wonderful grace. (date can be verified by Contract of Christoper Hill of Res Life Department)
21. Bryce tells catering staff and temps of all of Tristan's employment training, reprimands, and other professional growth mistakes during developments. (date: 1st month of employment to current). Always saying " Tristan you're so Extra".
22. Tristan has to train his supervisor Bryce Allen to do his job. Especially for the Presidents of Creighton Events. All of a sudden since Bryce Allen started working for Sodexo Catering: Tristan starts having so many issues with the Presidents Events. Bryce Allen starts to display severe mental health issues. Tristan concludes that Bryce Allen suffers from "Covert Narcissistic Personality Violent Disorder". Conclusion resulting from Bryce Allen: Trauma Bonding Communication with the Entire Staff, Students, Creighton Official Employees, and setting the workplace tone to view Bryce Allen as a Victim as mens to gain sympathy from other to make them "want to help Bryce Allen or overlook toxic violent behaviors' because of Bryce using the good in people as a weapon to take unethical advantage of others kind hearted hospitality customer service work environmental nature. (date: 1st day of work to current).
23. Needs Tristan and other staff to Train Him. Once Trained him. Bryce Allen will hit you on the back (excessive daily pats on the employees back), then the employee who has endured the physical and verbal passive aggressive comments or abuse receives word that Bryce Allen "threw you under the bus in CEO Contract Meetings". Bryce Allen adores physically assaulting his employees, setting situations up to play the blame-game, and earning the personal satisfaction of physically hitting that person along with successfully executing deceptive deprivation of character tactics of the employee whom he feels entitled to victimize. (date: week ¾ to current)

#46

24. Bryce Allen is not able to communicate like a responsible adult. Bryce Allen communicates like he is entitled to the best, does not need to work, and demands that his staff cater to his personal and professional needs. Mood swings, sense of entitlement, failure to uphold Client Health and Safety Fiduciary Obligations for hygienic best business practices. (Week 4 to current path of getting worse since the honeymoon stage is over)
25. Byrce Allen Telling Tristan: "You have brown eyes because that means you are full of shit". (date: 6th week of employment)
26. Friday September 9th 2022 Skutt room 105. Bryce Allen makes a comment in front of a client, Aaron & Tristan. After Bryce Allen uses his bare hands to put plates & glasses on food tables: Bryce Allen hands the final event items on the table and says "Here are the tongs and spoons Tristan: i'll let you put them on the food because I don't want my germs on the ready to eat tools". Bryce Allen making aware in front of the client his tackless poor hygiene commitments.
27. Tiffany Marion says "Bryce is the devil". Bryce overhears this and starts singing a song "it's no rest for the wicked". (date: sometime during the work week of September 7-8, 2022)
28. Bryce Allen tells Tristan about his daily "epsom salt baths". Staff starts telling Tristan that they conclude from Bryce Allen on the job actions of showing signs of intoxication. Tiffany Marion catches Bryce Allen Drinking on the Job at Creighton Girls VolleyBall Game. (date: first week of September 2022)
29. Bryce Allen conduct of multiple personalities have been presented to employee staff and told to Supervisor Tristan. Bryce Allen acts one way around: people of color, non-people of color, girls, and guys. (date: July, August, September 2022)
30. Bryce Allen amidst on Friday August 12, 2022 at President of Creighton BoardRoom Event to Tristan that: He (Bryce) will watch Tristan to see how he manages "Fathers" event to learn how to do the job and figure the job out". This day also included Bryce Allen sending threatening text messages and voice recordings to Tristan telling him (Tristan) that someone who isn't trained or hired to bartend will do bartending. This is the start of Bryce Allen; Gas lighting Tristan, Gray Rocking Tristan, and Bryce Allen playing "Big Brother / Survivors Island" by taking out his (Bryce) competition Tristan due to Tristan's ability to outperform Bryce Allen in actual job performance duties.
31. Friday August 12, 2022: Bryce Allen has a temper tantrum about the job and how it's Tiffany Marions fault, and how she i sunderminding his training. Bryce Allen proceeds to further insult Tristan by gas lighting and taking credit for Tristan's event success by Bryce Allen Telling Tristan about his New Two Bedroom Apartment and telling Tristan about how he (Bryce Allen) needs to buy a New Bed. Bryce Allen convinces Tristan to find a bed for his new apartment and text him some options. Further adding the insult that: Tristan is barely doing his job prosperity and no matter how hard Tristan works. Tristan will never get a company paid apartment, won't progress in the job, and is almost out the door (out of a job because of Tristan's clearly imcompitent job

#A6

performance". To further destroy Bryce Allen's mentor and teacher Tristan's mental health and make Tristan feel incompitent or "Irelievent Mental Retarded Gay Dude".

32. Bryce Allen refused to keep Tristan from having computer access. Bryce Allen asked Tristan to Use his Personal Phone to download the company app to look at work related documents. Yet; Bryce Allen was given a: Brand New Company Owned Iphone, Company Laptop Computer, and University Badge the first day of his employment. Rubbing into Tristan's face that: He must use his personal phone to conduct official work related business and how it's clear how the company does discrimiation by making sure Bryce Allen has: new apartment, expensive cell phone, free Starbucks food, his own personal stash of juice boxes, free computer, free hotel, free housing, company bonuses, and personal details of his new hire employment offer contract negotiation terms of agreement. (date: 2nd week of August 2022)
33. Bryce Allen on the week of Thursday September 1, 2022. Bryce Allen told Tristan he caught a respiratory infection and 5 girls from Starbucks caught the same emergency room illness. Tristan got sick and called in for the day. Brye Allen used this day to contact Tristan and try to convince Tristan to come into work and Bartentend. Bryce Allen was texting Tristan from 3:19pm to 7:5 pm. Bryce Allen refused to answer Tristan's direct questions about the event Tristan was not scheduled to work. Bryce Allen was violating a direct order from his Superior Manager Kris Reynolds to stop playing games with employees and using symphony to get his employees to take over his responsibility. This was all Bryce Allen's game to disturb Tristan on his sick day. A sick day that was caused by Bryce Allen's negligence of health and safety.
34. Bryce Allen new hire Tiffanie Williams-Haney. Supports 4 Types of Workplace Discrimination. Hiring a person: who can't drive and has no experience working for Creighton. To be hired as a supervisor to supervise supervisors who are required to train her. Bryce Alen created a culture that shows existing staff who have "seniority with the university that" . People who are black and gay, or minority will never achieve upper management success. It will always be a toxic hostile work environment that will have caused people to take advantage of people who are forced to train their supervisor. Running the work moral and goal achievements by ensuring the staff will never have an employment promotion opportunity or chance for career advancement. Bryce Allen has created a toxic work environment supporting: racism, gender racism, blaten racism, balaten sexisim, exclusion of gays in the work place, excusion of expecially gay minorities in the work place who do not speak about sexually related

#46

topics in the work environment unlike Bryce Allen. Google Pic example of Bryce Allen

35. Bryce Allen calles Tristan: "Big Dog" or "Big Truss". Its compliments that are stated as means to "throw Tristan off his game". Bryce Allen think's because Tristan doens't respond to every one of his Passive Agressive insults "Tristan is so stupid.... He doesn't even realize I'm (Bryce Allen) totally insulting him in front of his face". What a Retarded Looser Tristan is.... A comment Tristan Heard Bryce Allen staying about Tristan to other employees about Tristan being so "Extra" all the time. Bryce Allen trained Tiffanie Williams-Harney to also start the name calling of Tristan as "so extra" in a chastisement in front of other new employees as means to have new employees belittle or disrespect the talents of Tristan. Witnesses: New Hire Randy and Kevin Shelton. Date September 7th or 8th 2022 on Harper Dock. The Disrespect was so bad: Randy disappeared and left for the day without telling anybody. Kevin Shelton put in his request that day to be removed from Catering Department and be transferred full time to Harper Dining Hall.

#46

Witness Statement #1

Where did the incident occur? Harper Kitchen and Catering Offices. Who was involved in the incident? Bryce Allen and Entire Staff. Describe what you personally witnessed? Bryce Allen not telling the staff about his work history as related to the new employment opportunity. Yet; used the opportunity to disclose his personal divorce and how hes working on his mental health and frauma of his wife not having sex with him for two years in Missouri.

What did you see? Bryce Allen setting his Covert Narcissist Environment tone of Trauma Bonding and portraying himself as a Victim. Grand stories about his ex-wife bad behavior yet making things he did in the relationship minimal or his actions of marriage infidelity a result of his ex-wife refusing to touch his penis for two years. Please note: it takes Physiological Doctors Professionals at least 3 months in clinical settings to finally recognize the mental issues of such mental disorders. Hence the reason why Bryce Allen was able to blackmail and extort the company management to prevent termination.

What Happened? I saw a man who is getting all sorts of perks and benefits come into an interview like an Alcoholics Anonymous Meeting and feeling the need to have personal therapy sessions with all the first time meeting all the employees who work in Creighton Catering.

What Was Said? Deceptive lies about previous employment, or diversion talks about personal issues and less professional work related experience. 99% communication focuses on personal trauma, and 1% talks about previous work related history or questions about the current job duties.

Are you aware of any other witnesses who should be contacted, as part of the investigation in relation to this matter? Please give name(s) and say why you think he/she may be a relevant witness. The Entire Creighton Catering Staff, Temps, or Cooks.

I confirm that this statement accurately records my knowledge, recollection, and understanding of the described events. I understand that I many need to answer further questions in person. I also understand that my statement will be kept confidential to the greatest extent possible, and that Company policy prohibits retaliation by me and or/ against me in connection with this matter. Supervisor 6641940 09/11/2022

#A6

**Witness Statement #2**

**Where did the incident occur? Harper Kitchen, Entire Campus, Catering Automobiles, Catering Offices. Who was involved in the incident? Bryce Allen and Entire Staff. Describe what you personally witnessed? More talking about his ex-wife. Bryce showed a fake picture of his ex-wife and showed a wedding picture of his wedding that looked like a picture from someone in the audience's out of date cell phone. Bryce Allen refuses to produce any simple pictures such as selfies with his wife.**

**What did you see? Event Coordinator started to question the true intentions of Bryce Allen and started to speak to other management staff about his unprofessionalism, telecommunications or impersonal verbal behaviors not aligning with his bay and benefits.**

**What Happened? Bryce Allen setting the professional workplace with toxic seeds of lies and trauma bonding as means to prepare and mold the department to view him as a victim, gain empathy, to insure others will be more focused on trying to help him succeed in his new job while insuring people overlook his lack of necessary qualifications due to the empathy his plays on unknowing victims (the staff).**

**What Was Said? 99% Personal Conversations by someone in a Superior Management Roll. The rest of the 1% was training and work related topics that always ended with talks about his ex-wife and his need for any good church or therapy assistance to help figure out his growth and healing process.**

**Are you aware of any other witnesses who should be contacted, as part of the investigation in relation to this matter? Please give name(s) and say why you think he/she may be a relevant witness. The Entire Creighton Catering Staff, Temps, or Cooks.**

**I confirm that this statement accurately records my knowledge, recollection, and understanding of the described events. I understand that I many need to answer further questions in person. I also understand that my statement will be kept confidential to the greatest extent possible, and that Company policy prohibits retaliation by me and or/ against me in connection with this matter. Supervisor 6641940 09/11/2022**

#Ale

Witness Statement #3

Where did the incident occur? Brandice Dining Hall. Benches next to the dish room Who was involved in the incident? Bryce Allen and Tristan. Describe what you personally witnessed? Bryce Allen telling Tristan how he (Bryce) comes from an Equestrian Family. Then proceeds to get louder to tell Tristan that his United States Air Force Family didn't have much food growing up and how he was sexually molested as a kid. Bryce felt the need to tell this story because he said it was a part of his Christian Journey and needed to tell everyone about what happened to him.

What did you see? A 37 year old man talking aggressively loud in front of new students is a very personal therapy moment topic of conversation. Taking away from this trainer's (Tristan's) job duty of explaining the long details of job duties associated with Creighton Catering.

What Happened? Tristan thought it funny and tried not to laugh about a 37 year old man would be so free on the first time meeting to disclose his sexual traumatic experience. Plus the story didn't add up. How could he be from a rich Equestrian horseback riding family who was active duty US Air Force: yet have no food, be a victim of childhood abuse, along with being a victim of his African-American ex-wife who is such a bad person for not touching Bryce Allen's penis for two years. It was such an out of context strange conversation. A conversation Bryce Allen wanted to continue inside of Creighton Hall Executive Kitchen with Allison the Executive Chef.

What Was Said? Tristan told Bryce as both were exiting the work van that was parked next the University President's car: "Bryce telling me is one thing because of the gay-ness, but telling other people will cause them to view you in a very unprofessional light". Are you aware of any other witnesses who should be contacted, as part of the investigation in relation to this matter? Please give name(s) and say why you think he/she may be a relevant witness. About a month later. Tristan told manager Tiffany Marion about Bryce staying he was sexually moleted as a kid. Tiffany stated that Bryce Allen told her the same victim trauma bonding story. Triggering others' subconscious trauma of hurt and victimization empathy to overlook Bryce Allens hidden signs of zero credentials to support upper management employment attainment.

I confirm that this statement accurately records my knowledge, recollection, and understanding of the described events. I understand that I many need to answer further questions in person. I also understand that my statement will be kept confidential to the greatest extent possible, and that Company policy prohibits retaliation by me and or/ against me in connection with this matter. Supervisor 6641940 09/11/2022

#A6

**Witness Statement #4**

**Where did the incident occur?Telecommunication, Harper, Hider Hall Who was involved in the incident? Bryce Allen, Tristan, Trenton Fountain, Temp Employees. Describe what you personally witnessed? Bryce Allen telling Tristan how amazing his 7th floor Hider Hall Furnished Apartment was so amazing. Temps telling Tristan as supervisor all the text messages and conversations Bryce Allen was telling them about his free housing and financial benefits.**

**What did you see? The Event Coordinator Pamela Reynolds believes that this was a plan for Bryce Allen to leave the department on the busiest days (college move in day) to have an excuse to not work. Tristan was working 12-16 hour work days, and was reprimanded for not bringing Bryce Allen back his Badge to his free apartment after the long day. Bryce told Tristan he was supposed to in his personal car pick up Bryce Allens Key Badge for the day, then after the long shift return the badge. Including coming in early to work the next day to get Bryce's badge, then after work make sure to return the badge back to Bryce because he needed complete access to his badge at all times.**

**What Happened? In Tristan's personal car, went to attain Bryce Allen Badge. Bryce was dressed in new Jordan tennis shoes and a new outfit. Bryce was about to hit the town for a day of adventure and good time. He showed no signs of moving, and after giving Tristan the badge of Bryce Allen. Proceed to exit Hider Hall and start on his walking journey of new adventures on his two days off out of work to pack up his belongings from the furnished apartment.**

**What Was Said? Bryce had zero malice for the long work load of Tristan. Bryce made it clear that he needed his badge, and how no matter if Tristan worked 20hours it was VIP at the end of Tristan shift to "Get ME BACK MY BADGE". Further rubbing into Tristan's face that: no one cares for gay minioities like you Tristan. If they did: you would have an apartment like me. But you don't!!! Comments like "If you don't bring my badge back to me; I'll write you up". Are you aware of any other witnesses who should be contacted, as part of the investigation in relation to this matter? Please give name(s) and say why you think he/she may be a relevant witness. N/A. I confirm that this statement accurately records my knowledge, recollection, and understanding of the described events. I understand that I many need to answer further questions in person. I also understand that my statement will be kept confidential to the greatest extent possible, and that Company policy prohibits retaliation by me and or/ against me in connection with this matter. Supervisor 6641940 09/11/2022**

#46

Witness Statement #5

Where did the incident occur? Event Coordinator Office. Harper 1st Floor Who was involved in the incident? Pamela Reynolds, Tiffany Marion, Makila, Fromer Operations Coordinator Female Employee, Tristan Describe what you personally witnessed? Tristan was brought into the room and integrated by the four females about what they know about Bryce and the three different lies he has told to the three different girls as means for Bryce Allen to have sexual relations with all three girls at individual timelines. What did you see? Four of Tristan's female coworkers freaking out, and confused about who Bryce Allen was and his fabrication of lies to the ladies while wearing a cross necklace. The girls were in a panic state of confusion regarding his touching of them, flirting with the girls as if he had never seen a woman's vagina in his entire life. Tristan saw both catering and Creighton University Employees freaking out with fear that Bryce Allen was able to "fish" personal or private information through his successful manipulation of unprofessional behaviors.

What Happened? What was Said? Tristan has to endure seeing Chef Kevin getting involved. Tristan had to see the girls getting trauma closure. While Tristan was reminded of the many Gay people who have been hurt my similar preditor people like Bryce Allen and those people didn't have anyone to help them because they were born as "irrelevant retarded gay minorites". Reminding Tristan that gay minorites not only will be able to attain upper management jobs, but upper management such as Bryce Allen can sexually harass the GM's Daugher and Creighton Employees and noting will ever happen to them because caucasian men are a protected class with different set of rules and severely lenient punishment standards. Tristan had to ignore the times of being told "gay people deserve to be discriminated against because they chose to be walking filth of unchristian abominations", and focus on focusinig on: the job, training Bryce Allen, not having a badge, not having access to a computer, being undermined by Bryce Allen, and helping teach the ladies to not be a victim but take owership over learning from the interaction. Tristan told the ladies that Bryce is a told "Pig: who has told Tristan that Bryce said directly to him that he gets so horney that he would have sex with just about anything at this point". Tristan told the girls not to be weak, and take ownership over being more aware and self responsible because 1. No one cares 2. No one may not show up to protect you. 3. Protect yourself and buy some mace and avoid telling Bryce Allen personal information. Are you aware of any other witnesses who should be contacted, as part of the investigation in relation to this matter? Please give name(s) and say why you think he/she may be a relevant witness. Charles Kevin Newland. The very next day off the record.

I confirm that this statement accurately records my knowledge, recollection, and understanding of the described events. I understand that I many need to answer further questions in person. I also understand that my statement will be kept confidential to the greatest extent possible, and that Company policy prohibits retaliation by me and or/ against me in connection with this matter. Supervisor 6641940 09/11/2022

#A6

**Witness Statement #6**

**Where did the incident occur? Hider Hall, Telecommunication Who was involved in the incident? Bryce Allen, Tristan, Temps. Describe what you personally witnessed? Bryce Allen showing the discrimination of the company. Bryce Allen was advised by his superiors to not tell people about his new apartment or his free apartment. Bryce Allen adores making people feel as if they are beneath him or won't achieve the level of success because they are not of Caucasian Racial Background Decent. A constant: Im Bryce Allen and "look at what I get", fully aware that temps or people not on his paygrade, let alone current catering employees who have put in years of work will have similar benefits he has attained as a complete stranger to the university or employee. Including creating a moral in the work place as successfully getting Scott free away with Sexual Misconduct.**

**What did you see? Ego of Bryce Allen growing to the point of such a sense of entitlement and zero ownership of his actions. Bryce pulled his Caucasian Male card and felt above and better than anyone else.What Happened? Bryce Allen started telling Tristan how from age of 16-20 he was on the run from the FBI. Including how prior to his marriage: he was known for being a womanizer during his drug use years. Bryce is used to not being responsible for his actions or violation of Superior Management Orders. Bryce is fully aware that due to Perception Bisis work practices. Caucasian Males can do multiple forms of: employment descent, violations of upper management orders, or sexlual misconduct without punishment. Unlike retarded gay minority embarsements such as Tristan whom would suffer immediate termination from one "vague sexual alligation". Bryce Allen is talented at pulling "Chucky Doll" moves. When no one is around he executes toxic inappropriate behaviors, yet around other Causaian Males play the role of "God's gift to young girls". What Was Said? After moving out of Hider Hall, Bryce started to tell Tristan and others of his visits and networking at the homeless shelter. His stories of how Bryce would have sex with women and be "on to the next" after one time of sex. Including his need to watch Porn in relationships was a norm. Objectifying women, grand storytelling, and further bragging about his new furnished 2 bedroom apartment. Are you aware of any other witnesses who should be contacted, as part of the investigation in relation to this matter? Please give name(s) and say why you think he/she may be a relevant witness. Trenton Fountain, Tiffany Marion, Attalia Y Marion, Sonja Robinson, Joyce Minniefield, Joshua C Poe, James W. Cleaver, Tristan Scorpio**

**I confirm that this statement accurately records my knowledge, recollection, and understanding of the described events. I understand that I many need to answer further questions in person. I also understand that my statement will be kept confidential to the greatest extent possible, and that Company policy prohibits retaliation by me and or/ against me in connection with this matter. Supervisor 6641940 09/11/2022**

#46

Witness Statement #7

Where did the incident occur? Brandice Dining Hall. Benches next to the dish room Who was involved in the incident? Bryce Allen and Tristan. Describe what you personally witnessed? Bryce Allen telling Tristan how he (Bryce) comes from an Equestrian Family. Then proceeds to get louder to tell Tristan that his United States Air Force Family didn't have much food growing up and how he was sexually molested as a kid. Bryce felt the need to tell this story because he said it was a part of his Christian Journey and needed to tell everyone about what happened to him.

What did you see? A 37 year old man talking aggressively loud in front of new students is a very personal therapy moment topic of conversation. Taking away from this trainer's (Tristan's) job duty of explaining the long details of job duties associated with Creighton Catering.

What Happened? Tristan thought it funny and tried not to laugh about a 37 year old man would be so free on the first time meeting to disclose his sexual traumatic experience. Plus the story didn't add up. How could he be from a rich Equestrian horseback riding family who was active duty US Air Force: yet have no food, be a victim of childhood abuse, along with being a victim of his African-American ex-wife who is such a bad person for not touching Bryce Allen's penis for two years. It was such an out of context strange conversation. A conversation Bryce Allen wanted to continue inside of Creighton Hall Executive Kitchen with Allison the Executive Chef.

What Was Said? Tristan told Bryce as both were exiting the work van that was parked next the University President's car: "Bryce telling me is one thing because of the gay-ness, but telling other people will cause them to view you in a very unprofessional light". Are you aware of any other witnesses who should be contacted, as part of the investigation in relation to this matter? Please give name(s) and say why you think he/she may be a relevant witness. About a month later. Tristan told manager Tiffany Marion about Bryce staying he was sexually moleted as a kid. Tiffany stated that Bryce Allen told her the same victim trauma bonding story. Triggering others' subconscious trauma of hurt and victimization empathy to overlook Bryce Allens hidden signs of zero credentials to support upper management employment attainment.

I confirm that this statement accurately records my knowledge, recollection, and understanding of the described events. I understand that I many need to answer further questions in person. I also understand that my statement will be kept confidential to the greatest extent possible, and that Company policy prohibits retaliation by me and or/ against me in connection with this matter. Supervisor 6641940 09/11/2022

#46

---

**Witness Statement #8**

**Where did the incident occur? Harper Who was involved in the incident? Bryce Allen, Joyce Minniefield, Tristan Scorpio, Kiroko Mattingly, Jon K Alexandres, Joshua C Poe, and Tristan Scorpio. Describe what you personally witnessed? September 7, 2022 Joyce and Kiroko went to Bar Supervisor Tristan Scorpio to provide him with a report and question about work related bar issue from Labor Day Monday September 5, 2022. Joshua C Poe was a witness to the conversation. Regarding how unaware to Bar Supervisor: Jon Alexanders was hired as a "Savior of the Bars" to be trained to replace irrelevant and embarrassing Tristan as told to the temp team behind Tristan's back. Jon was called into work on a holiday, and told Joyce and Kiroko that he was upset because Bryce Allen had lied to him. Jon didn't want to work the holiday, and told Bryce Allen that he was staying at the homeless shelter because of his struggle with Alcohol Addiction. Joyce/Koko told Tristan that Jon told Kiroko to "Fuck Off" during the shift, including Joyce observing Jon drinking alcohol at the bar, having his backpack full of liquor bottles, and telling everyone that he (Jon) said that he quits and walked off the Job. Joyce also asked Tristan to confirm a statement Jon said: Bryce Allen told him, Tristan confided in Bryce Allen about no longer wanting to work with Joyce. Tristan confirmed the lie Bryce Allen told Jon as a 100% Bogus Lie.**

**What did you see? Joyce and Hiroko telling Tristan factual information about Joyce asking Bryce Allen: Why and I doing Tristan's Job as a Temp and Training Jon who says he told Bryce Allen that he wasn't hired to bartend and felt as if Bryce Allen hired him under fraudulent pretext. Joyce said she found it very interesting how Bryce Allen tells everyone about all of the African American Minority Males personal information or potential written or verbal punishments to the Temp employees in either: text, telephone, office gossip, or voice mail messages. The staff told Tristan they found it very strange how Bryce Allen asked the team to "Pray For Jon and a Swift Recovery". The Staff made it clear workplace knowledge that Bryce Allen does discrimination management pratices. Telling previous supervisor Trenton Fountain's personal business, taking Trenton out for drinks, getting Trenton Drunk after work, then telling temporary staff about why Bryce had to terminate Trentons employment. The select staff who were aware of Jon; all saw Bryce's plan to undermine Tristan, and play workplace unethical poisonous games.**

**What Happened? Bryce Allen is good at aching like a FBI Investigator to gain confidential or sensitive information about others to use against them. Since Tristan refuses to communicate personal "trauma bonding' information with Bryce Allen. Tristan is a challenge and threat to the control Bryce Allen wants to execute in the department. Bryce Allen aspires to hire people from the nearby Creighton campus homeless sherlet because he wants to insure he hires people who are at a financial or housing disadvantage to insure total control or manipulation. From Tristan having to train his manager Bryce Allen, and with the amount of time Tristan has been forced to play Bryce Allen's Personal therapist or consultant to help Bryce Allen figure**

#46

out the challenges and issues in his life. Hiring Jon was to display: Gas Lighting of Tristan, Undermining legitimate workplace skill, talent, and attributes. Hiring Jon and having non-Sodexo employees train him (Jon) how to perform bar duties. Was a failed plan of Bryce Allen to attempt to destroy the moral and self esteem of Tristan. Trying the diminish or make Tristan feel as if: "as a gay irelievant embarassement of a male: someone form the homeless shelter can do a better job than you. Tristan: You're not that special or important. You are worthless and a big loser that people really don't want around".


What Was Said? Bryce Allen's actions with 1st person who quit working for Sodexo Mr. Trenton Fountain from Bryce Allen taking Tren after work to a bar to discuss Tren not being able to mentally handle dealing with his under 7 year old son who is in the intensive care section of hospital.  Confidential information Bryce Allen freeley shared with other staff. The 2nd Person who quit working for Sodexo: Jon (Bryce Allens direct hire) all because of feeling extremely hurt and shocked by the level of Bryce Allens lying behaviors or unprofessional deception while wearing a cross necklace.  The catering staff is full aware of Bryce Allen's crystal clear discrimination and hiring people as key players Tristan must train, or have other temps train actual Sodexo employees as means to target Tristan as the perfect easy target victim for On the Work Place Racist Execution Games. It was concluded that: Bryce Allen proceeded to lie to the catering team about Jon. Unaware of Bryce Allen's knowledge: the catering team knew the true story about Jon and how Bryce Allen was only using Jon to take out Tristan's job with Sodexo. A plan that Bryce Allen wasn't successful at executing while weaning his cross necklace and telling lies directly to the catering staff's face who were fully aware of Bryce Allens plot of descent; yet the staff didn't have the energy to tell Bryce Allen they knew he was lying due to. Bryce Allen management position, hiring of Tiffanie Wiliams-Harney, and fulfilling the daily job contractual event duties successfully without problems. Basically, the staff made a choice to not pick a battle with a discriminating, anti-covid 19 mask wearing supporting, dishonest manager. Overall, the saddest thing. Bryce Allen was trying to execute Tristan's employment with Sodexo by manipulating games with people such as Jon trying his best to stay sober and get his life together. Bryce Allen could care less about Jon. If Bryce Allen really cared about the Catering Contract with Creighton: he would be more focused on Health and Safety of Food Service Industry Daily Best Operational Practices than playing games with his New Hires Sobriety in without malice toxic workplace games. Same on Bryce Allen for causing Jon: an already homeless man to have a relapse that caused him to have an emergency room visit.  This concludes to date: a second employee who has quit working for the company due to Christopher "Bryce" Allen's "below the belt" eveil without malicious use of innocent homeless people. . Are you aware of any other witnesses who should be contacted, as part of the investigation in relation to this matter? Please give name(s) and say why you think he/she may be a relevant witness. Dominique Crawford, Aaron Crawford, Tahreemah Brandy, Kevin Shelton, Sonja Robinson, Attalia Y Marion.


I confirm that this statement accurately records my knowledge, recollection, and understanding of the described events. I understand that I many need to answer further questions in person. I also understand that my statement will be kept confidential to the greatest extent possible, and that Company policy prohibits retaliation by me and or/ against me in connection with this matter. Supervisor 6641940 09/11/2022

#47

FENTON (https://www.wenzelfenton.com/)

CALL TODAY: 813-212-3097 (tel:813-212-3097)

TAMPA - ORLANDO - MIAMI - SARASOTA
ST. PETERSBURG - JACKSONVILLE

ESPAÑOL (HTTP://ABOGADOS.WENZELFENTON.COM/)

Example of Chris Boyce Allen

Home (https://www.wenzelfenton.com/) Our Story (https://www.wenzelfenton.com/firm-overview/) Attorneys Practice Areas Resources

Results (https://www.wenzelfenton.com/) Our Story (https://www.wenzelfenton.com/firm-overview/) Locations

Attorneys (https://www.wenzelfenton.com/tampa-employment-law-attorneys/)

Practice Areas (https://www.wenzelfenton.com/practice-areas/)

Pic Example Evidence of work place Slander.

VIP → **4 TYPES OF WORKPLACE DISCRIMINATION YOU NEED TO KNOW**

AUGUST 12, 2019 | Matthew K. Fenton (Https://Www.Wenzelfenton.Com/Blog/Author/Matthew-K-Fenton/) | Workplace Discrimination (Https://Www.Wenzelfenton.Com/Blog/Category/Workplace-Discrimination/)

Workplace discrimination is illegal, but that doesn't mean it never happens. In fact, it happens more often than you may realize, and you may have experienced discrimination without realizing it. That is why it is crucial to understand the different types of workplace discrimination.

Victims of workplace discrimination can experience added stress and anxiety – it can be hard to focus at work, and victims frequently experience lower job performance. These feelings can easily creep into your personal life, leading to a lower quality of life and even health issues because of added stress. On top of that, it can be challenging to get a promotion or move up in your career if you are experiencing some type of workplace discrimination due to your gender, size, age, religion (https://www.wenzelfenton.com/blog/2016/11/16/misconceptions-about-religious-discrimination-in-employment/), ethnicity, ability, or sexuality.

## WHAT IS CONSIDERED DISCRIMINATION IN THE WORKPLACE?

Discrimination is any type of behavior that specifically targets an individual based on a personal attribute, such as their gender (https://www.wenzelfenton.com/practice-areas/employer-discrimination/sex-gender-discrimination/), size, age (https://www.wenzelfenton.com/practice-areas/employer-discrimination/tampa-age-discrimination-attorney/), religion (https://www.wenzelfenton.com/practice-areas/employer-discrimination/religious-discrimination/), ethnicity, ability, or sexuality. Victims of workplace discrimination aren't judged on their professional merits, but rather on their personal attributes.

Workplace discrimination is often purposeful but sometimes happens on accident. Whether intentional or note, workplace discrimination is illegal and causes damage to the victim.

It's illegal to discriminate at any point in the employment process, from hiring decisions to firing employees, and everything in between.

### TYPES OF WORKPLACE DISCRIMINATION

Workplace discrimination can be categorized into four main types:

1. **Racial discrimination**
2. **Sex/gender discrimination**
3. **Age discrimination**
4. **Disability discrimination**

**1. Racial discrimination**

Racial discrimination (https://www.wenzelfenton.com/practice-areas/employer-discrimination/race-discrimination/) in the workplace is based on race, skin color, ethnicity, or country of national origin. Racial discrimination examples include not hiring a qualified candidate, giving someone an undes How can I help you? they're overqualified for, passing someone over for a promotion, or otherwise making the workplace a hostile environment based solely on the employee's (https://www.wenze

**2. Sex and gender discrimination**



Sex and gender discrimination (https://www.wenzelfenton.com/practice-areas/employer-discrimination/sex-gender-discrimination/) in the workplace are illegal yet happen every day. This encompasses discrimination based on an employee's gender, sexual orientation, or identifying gender. It also includes pregnancy and parental discrimination. As a sex/gender discrimination example, an employer cannot pass someone over for a promotion, fire someone, or not hire someone based on their status as pregnant. Similarly, an employer cannot discriminate against parents, both male and female.

**3. Age discrimination**

Men and women who are 40 and older are a protected class and cannot be fired, passed over for a promotion, or forced to retire simply because of their age. It's against the law to treat members of the workforce differently based solely on their age and assumed level of ability. A discrimination example for this protected class is telling someone they must retire because they're too old to perform their job.

**4. Disability discrimination**

Employers must give fair treatment to employees with disabilities (https://www.wenzelfenton.com/practice-areas/employer-discrimination/disability-discrimination/), including mobility, hearing, visual, and psychological disabilities. This includes equal employment opportunities, equal pay, and a non-threatening work environment.

Here are more common workplace discrimination examples that show how employers frequently discriminate against workers:

## EXAMPLES DISCRIMINATION IN THE WORKPLACE

Discrimination in the workplace examples for these four types include:

- Not getting hired.
- Being passed over for a promotion.
- Enduring inappropriate comments.
- Getting fired because of your status as a member of a protected class.
- Denying an employee certain compensation or benefits.
- Denying disability leave, retirement options, or maternity leave.
- Preferring a candidate based solely on personal characteristics.
- Denying a candidate based solely on personal characteristics.
- Terminating an employee based on a personal characteristic or attribute.
- Inappropriate or off-color comments to an employee based on personal characteristics.
- Taking away shifts, including desirable shifts, without a professional purpose for doing so.
- Exhibiting favoritism during promotions and company restructuring instead of promoting based on professional merit.

## PROTECTED ATTRIBUTES FOR ALL EMPLOYEES

Everyone is entitled to fair treatment in the workplace (https://www.eeoc.gov/laws/types/) based on these protected attributes:

- Age
- Country of origin
- Disabilities (includes physical, mental, psychiatric, or intellectual)
- Family responsibilities
- Gender identity
- Marital or relationship status
- Political opinion
- Pregnancy or potential pregnancy
- Race/color
- Religion
- Sex
- Sexual orientation
- Trade union activity

## HOW DO YOU PROVE DISCRIMINATION IN THE WORKPLACE?

It can be a challenge to prove you've been discriminated against in the workplace (https://www.wenzelfenton.com/blog/2016/12/07/3-things-you-need-to-prove-your-employment-discrimination-case/), but it's not impossible. With the right legal counsel and approach, you can prove workplace discrimination and get the compensation you deserve.

You can't immediately take your employer to court in a workplace discrimination case, however. You need to first file a complaint with the Equal Employment Opportunity Commission (EEOC), and don't wait to file (https://www.wenzelfenton.com/blog/2016/04/20/why-you-shouldnt-wait-to-file-a-charge-with-the-eeoc/).

**Document everything**

The most important thing to do if you suspect you're being discriminated against is to keep thorough documentation of every incident. This includes conversations, email and text message exchanges, and specific details about instances when you felt you were discriminated against. You'll need this when you file your complaint with the EEOC.

**Pass the McDonnell-Douglas test**

Named for a famous Supreme Court decision, the McDonnell-Douglas test isn't a formal one, but rather a relatively simple way to determine how strong your discrimination case is. If you can answer "yes" to four specific questions, then you'll be able to make a case based on circumstantial, instead of concrete, evidence:

- Do you belong to a protected class? (i.e., if you're claiming age discrimination, you should be 40 or older. If you're claiming disability discrimination (https://www.wenzelfenton.com/blog/2015/12/16/three-things-to-do-if-you-face-a-disability-in-the-workplace/), you should have a
- Were/are you qualified for your position? (Do you have the appropriate licensure, credentials, etc.?)
- Did your employer take adverse action against you?

How can I help you?

#A2

- Were you replaced by someone not in your protected class?

**Build your case with other circumstantial evidence**

Even if you answer "yes" to the above questions, you aren't necessarily in the clear. You'll also need to answer "yes" to questions that can help you build a case based on circumstantial evidence. Here are some things to consider:

- While employed, were you treated differently than someone who was in a similar situation but not in your protected class?
- Did supervisors or managers make derogatory comments explicitly directed at members of your protected class?
- Was your treatment egregious and unjust?
- Is there a history of bias towards members of your protected class by your employer?
- Have other members of your protected class also been singled out?
- Are the number of people in your protected class employed at your company significantly smaller than other classes?
- Have you heard others in your protected class discuss mistreatment from your employer?
- Do you have statistics to back up claims of bias toward any group?
- Were any company policies violated in your employer's treatment toward you?
- Did your employer retain other non-protected employees for the same job who had fewer qualifications than you?

**Hire a workplace discrimination attorney**

Not every attorney is specialized in workplace discrimination. You want a lawyer who is very familiar with discrimination laws and who will be able to help you through every step of the process, starting with filing with the EEOC (https://www.wenzelfenton.com/blog/2019/08/06/eeoc-claims-what-to-expect-how-employment-lawyers-can-help/).

## PROTECT YOUR EMPLOYEE RIGHTS TODAY

If you believe you have been a victim of workplace discrimination, talk to a lawyer who specializes in discrimination. Our employee rights attorneys (https://www.wenzelfenton.com/) at **Wenzel Fenton Cabassa, P.A.** can determine what rights have been violated and help you get the compensation you deserve.

Contact us today for a free, confidential consultation. We have experienced attorneys who fight for fairness, justice, and equal rights in the workplace. You'll want a professional involved with your case as early in the process as possible to ensure you're getting the best outcome and your rights are protected.

Offices available in Tampa, St. Petersburg, Sarasota, Orlando, Jacksonville, Miami, & West Palm Beach.

Tags: Workplace Discrimination (Https://Www.Wenzelfenton.Com/Blog/Tag/Workplace-Discrimination/)

**Check out these related blog posts:**

A Guide to Florida Minimum Wage

(https://www.wenzelfenton.com/blog/2022/02/08/a-guide-to-florida-minimum-wage/)

Exempt or Non-Exempt: What You Need to Know About the Misclassification of Non-Exempt Employees

(https://www.wenzelfenton.com/blog/2022/01/24/exempt-or-non-exempt-what-you-need-to-know-about-the-misclassification-of-non-exempt-employees/)

DON'T MISS OUT

## SIGN UP FOR UPDATES

Get the latest employment and labor law news and resources straight to your email inbox.

Email Address

SUBMIT

Search

How can I help you?

(https://...wenze


# Evidence A8

Fwd: : Creighton UN 2,000 New Students Real Estate Development. Inbox

Devoted to Excellence: Tristan Scorpio
to me

11:57 AM (0 minutes ago)

Confidentiality Notice
This message, including any attachments, is intended only for the person or entity to which it is addressed and may contain proprietary or confidential information. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately and please delete all copies of this message. Please
Continue Winning by Supporting: Safety, Success Excellence, and Business Ethics as lifestyle priorities. Victorious in your very much Appreciated Winning Achievements. Please have a nice day

Begin forwarded message:

From: "Devoted to Excellence: Tristan Scorpio" <tscorpio305@gmail.com>
Date: June 15, 2023 at 12:49:25 PM CDT
To: Justin@justinwaynelaw.com
**Subject: : Creighton UN 2,000 New Students Real Estate Development.**

Hello Sen. JW Sir,

The company refuses to discuss any matters associated with the client aspiring for me to be promoted to be part of the schools major real estate development.

Key "money" Facts:

A - When the New starts talking about doing economic development in North Omaha.

B - Creating a new catering company and North Omaha: Economic conclude the most successful avenue for creighton to progress and create developments of major job developments that are transparent and based upon contractual accountability. So text I was only able to monopolize contracts locally only because they can afford the $20 million worth of insurance required for catering contracts of such size.

Since 75-85% of the employees come from North Omaha: Economic. this development will conclude making you more powerful and a true asset to the economic growth of the community. I have a plan and strategic planning that is based upon upholding creighton's presidential council who I do events for less prone to litigation situations and operations that are true reflection of heavens grace and excellence.

C- I get exhausted seeing people like Othello Meaddows become true assets to the community and seeing what happens in the end of them. It's like anything that's going to make the North Omaha: Economic community become a asset to the State of Nebraska economic growth hasta be matters that have to be latched and executed without malice and without

ethical resolve. It's like the system is designed to keep people of color oppressed. However there are abundant opportunities of light and hope by you becoming in the position you're in

Confidentiality Notice
This message, including any attachments, is intended only for the person or entity to which it is addressed and may contain proprietary or confidential information. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately and please delete all copies of this message. Please
Continue Winning by Supporting: Safety, Success Excellence, and Business Ethics as lifestyle priorities. Victorious in your very much Appreciated Winning Achievements. Please have a nice day

Begin forwarded message:

From: "Devoted to Excellence: Tristan Scorpio" <tscorpio305@gmail.com>
Date: March 1, 2023 at 12:12:04 PM CST
To: jwayne@leg.ne.gov
**Subject: Fwd: Creighton UN 2,000 New Students Real Estate Development.**

Confidentiality Notice
This message, including any attachments, is intended only for the person or entity to which it is addressed and may contain proprietary or confidential information. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately and please delete all copies of this message. Please
Continue Winning by Supporting: Safety, Success Excellence, and Business Ethics as lifestyle priorities. Victorious in your very much Appreciated Winning Achievements. Please have a nice day

Begin forwarded message:

From: "Devoted to Excellence: Tristan Scorpio" <tscorpio305@gmail.com>
Date: October 17, 2022 at 10:34:01 AM CDT
To: "THolland@hollandbasham.com" <THolland@HollandBasham.com>
Cc: "LTUFF@creightonfederal.org" <LTUFF@CREIGHTONFEDERAL.ORG>
**Subject: Creighton UN 2,000 New Students Real Estate Development.**

Dear Mrs. Tuff and Mr. Tim,

Message: Test communication introduction.

Mr. Tim thank you for your time & correspondence with me.

The outstanding mirror reflection of Creighton Presidents heavenly excellent grace: Mrs. Tuff. Can provide you an Executive Summary regarding my correspondence communication regarding Creighton University real estate future new construction projects. Projects that address the following.

a) Parking Issue.
b) The purchase of land owned by the "Francine's House".
c) Increase Food Production and Operations Buildings.
d) Solutions for Presidents Counsel issues with building facilities in ability to accommodate.
e) Needs of the Student Athletics Department.
f) New Construction Developments at other Creighton locations such as Arizona and University Retreat Camps.

CHINOOK by TYREE HOUSE PLANS

# Evidence A8

Confidentiality notice:

This message, including any attachments, is intended only for the person or entity to which it is addressed and may contain proprietary or confidential information. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately and please delete all copies of this message. Please

Continue Winning by Supporting: Safety, Success Excellence, and Business Ethics as lifestyle priorities. Victorious in your very much Appreciated Winning Achievements. Please have a nice day



sodexo
It all starts with the everyday

# Request for Leave of Absence

Employees generally must request leave 30 days in advance when the need for leave is foreseeable or as soon as possible or practicable when the need for leave is unforeseeable.

- **Frontline (other than Schools/Universities)** should complete this form and submit to their manager for approval. Manager instructions for processing a LOA can be found on www.SodexoLink.com on the Leave of Absence Processing Topic Information page.
- **Class Codes 1-4, 7 and Schools/Universities Frontline** should forward this completed form (pages 1 and 2) to USA PeopleCenter (HumanResources-PeopleCenter.Usa@sodexo.com). Once the request has been submitted, a LOA Specialist will contact you and your Reports To Manager within two business days to review the requested leave and additional documents that may be required for approval.

| **Employee Name (First, Middle Initial, Last)**<br>**Tristan, Scorpio** | |
|---|---|
| **Employee Phone Number**<br>**602-628-5146** | **Employee Email**<br>**Tristan.Scorpio@sodexo.com (not able to access)** |
| **Work Unit Name**<br>**Creighton Catering** | **Unit Number**<br>6641940 |
| **Employee's Manager**<br>**Charles Kevin Newin and Tiffany Marion** | **Manager Phone Number**<br>**402-515-4876** |
| **Alternate Contact (if employee is incapacitated)** | **Alternate Contact Phone Number** |

I acknowledge that Sodexo will send documents to me during my leave of absence using the email address provided above.

**Employee Acknowledgement**:T.$corpio______________________**Date**: WED 09/21/2022____

Please add HumanResources-PeopleCenter.Usa@peoplecenterna.sodexo.com to your contact list or list of safe senders to ensure emails are not sent to junk or spam inbox.

For Outlook: On the **Home** tab, click **Junk**, and then click **Junk E-mail Options,** on the **Safe Senders** tab, click **Add,** and add full email address noted above.

| ☒ This is a new request. | ☐ This is an update to an existing request. |
|---|---|
| **Requested Start Date: 09/18/2022** | **Anticipated Return Date:12/18/2022** |

| ☒ Consecutive Leave of Absence | ☒ Intermittent Absence or Reduced Schedule |
|---|---|



#A9

# Request for Leave of Absence

☒ Own Serious Health Condition (**not work related**)*

☐ Workplace Injury / Workers' Compensation*
Claim #/Adjuster: ________________

☐ Serious health condition of:*
☐ Parent ☐ Spouse ☐ Child (Age ___) ☐ Domestic Partner

☐ Pregnancy, birth, adoption, or foster care*

☐ Military Service Leave (provide orders)

☐ Qualifying Exigency Military Family Leave* ☐ Parent ☐ Spouse ☐ Child

☐ Military Caregiver Leave*: ☐ Current Servicemember or ☐ Veteran
☐ Parent ☐ Spouse ☐ Child ☐ Nearest Blood Relative

☒ Personal/Other: Must Provide Reason: On the job prolonged: physical assaults, discrimination, training of Upper Management Employees (Unpaid / UnHappy Ending to TV Show "Under Cover Boss". Endings where after training the boss to perform all job duties: the boss fires you after being taught critical BBP's) (Sodexo Financially Expensed: perspective employee's to be flown on a commercial aircraft from different states to Creighton University & having to train salary executives fundamental/operational catering job duties/task = a matter displaying what is done for Caucasians-White Race people is Different from Company Benefits Given To Minorites…PERIOD!!!), dealing with large number of clients staff experiencing sexual harassment abuse & having to play "We can survive the on the job rape endurance…Team Therapist Motivational Success Encouragement Blessings Coach" (it gets hard to have common sense solutions that get ignored then having to be forced to perform unsafe-100% backwards job duties. The examples are beyond Health and Safety Code Enforcement Violations). Being treated as: Irrelevant Stupid Retard for wanting to discuss health and safety improvements of comments and suggestions from staff to upper management. Enduring discrimination with career advancement, enduring coaching and training chastising-teasing in front of other subordinate level employees, having management tell entire cooking staff my hourly financial dollar amount wage, restricted from company computer access, refusing me to submit invoices to GM (Kristel Reynolds) in company budget reductions to assist the GM operational financial spending innovation success while also increasing safety and employee retention issues regarding large number of upper/entry level employee requested terminations or justifications why no staffing agencies terminated contracts with Creighton Sodexo & all other local Sodexo accounts, enduring unnecessary excessive hitting abusive rape of my back at work, combined with toxic work environments not supporting superior health and safety operations. Having to always turn a blind eye to health and safety hygiene then enduring being ignored or chastised as a complete retarded freak of irrelevant nature for attempting to create a professional no-rushed staff meetings/training books regarding how to become: more efficient as a department, start acting like a team, and become better available to the client for new sells opportunities from communication correspondence from clients leads and "positive event incident report" creations. I have worked at 3 different Sodexo accounts in the Omaha NE area. First was Zurich Insurance Cooperate Office Kitchen where I managed a staff of 9 special needs children to assist me in job related duties. The GM on that account would take 1.5 or more extended vacations where I had to manage the entire account. The account was terminated due to client also enduring the trauma of seeing me endure Sodexo Discrimination Better Business Operational Practices, I also worked at the Sodexo Blue Cross Blue Shield Cooperate Office Contract. Another terminated contract terminated. Creighton Sodexo is my 3 third contract: totaling over 2.5 years of work experience started from Staffing Agency to being hesitant to apply directly to Sodexo Creighton due to yeas of: working directly with 3 different directors, countless supervisors, and being withheld from computer/paper access in professionally training the last 7+ entry level employees who all quit for health and safety violations while also being frustrated with seeing me endure rape discrimination abusive trauma while realizing people really don't respect or care for #6641940.________________________

Prior manager's approval required for Personal leaves and need to be provided with submission of request

sodexo
It all starts with the everyday

# Request for Leave of Absence

Temporary Unit Closing (TUC), **Frontline** only**:
Provide Unit close dates: from ___________ to ___________ (for potential coordination with FMLA)
** If employee is already on an approved or pending Leave, do not change their leave code to TUC

Temporary Unit Closing (TUC), **CC 1-4,7** only**:
Provide Unit close dates: from ___________ to ___________
**If employee is already on an approved or pending Leave, the leave code will not be changed to TUC

*To qualify for leave under the Family Medical Leave Act (FMLA) you must have been employed by Sodexo or its predecessor for at least 12 months AND have worked at least 1,250 hours in the 12 months prior to the beginning of the leave. If you do not qualify for FMLA, you may still be granted leave for your own serious health condition, or to care for certain family members, or for personal reasons. Following submission of this form to the PeopleCenter a Sr Human Resource Specialist from the Leave of Absence Team will inform you of your eligibility and assist you with additional paperwork that may be required to be completed and returned to approve your leave request. Additional information about leave types and their qualifying criteria can be found on Sodexo LINK. Please visit www.SodexoLink.com and search "leave of absence".

# CREIGHTON UNIVERSITY
# ID CARD/JAYBUCK$ TERMS AND CONDITIONS AGREEMENT

Creighton UNIVERSITY

**DEFINITIONS**

The terms "you" and "your" in this agreement refer to the person whose name and image appear on the Creighton University ID Card. The terms "we" and "the University" refer to Creighton University. The term "card" refers to the ID card and to "JayBuck$" a stored value account established only by pre-depositing funds.

**ID CARD TERMS AND CONDITIONS**

A. This card is non-transferable and is the property of Creighton University. It is intended to last the duration of your stay at Creighton. It is the cardholder's responsibility to protect and maintain the condition of the card. This card is for the purposes of identification and transaction of Creighton University business. It should be carried when on Creighton property and must be presented on request.

B. The cardholder is responsible for immediately reporting a lost or stolen card. Reports must be made by logging in to Creighton card online, on our web site: http://Jaycard.creighton.edu/ or in person at the Card Services Office. A nonrefundable fee of $20 is charged to replace damaged, lost, and stolen cards. The University is not responsible for the use of a lost or stolen card until it is reported to Card Services Office personnel. Once reported, we will deactivate your card on campus.

C. Privacy Statement: Personal information collected for the ID Card, including your image, will only be used for University purposes and within established guidelines. Data collected on the use of University facilities and services by an individual cardholder will be treated in the same manner. Information regarding the Cardholder will not be provided to third parties unless required by applicable laws, or with written permission of the Cardholder. The applicable federal law is called the Family Educational Rights and Privacy Act, also known as FERPA or the Buckley Amendment.

**JAYBUCK$ TERMS AND CONDITIONS**

JayBuck$, Your FAST cash alternative on the Creighton University campus.

These terms and conditions go into affect ONLY upon depositing funds into your account.

- Deposits to your JayBuck$ account can be made in the Card Services office during business hours Mon - Friday, 8:00 AM - 4:30 PM. Accepted deposits include cash, check, or branded cards (Master Card/Visa). Business may also be conducted at cardservices.creighton.edu/ and cash only at all library circulation desks.
- Food service account questions and deposits should be addressed to Sodexo, (402) 280-2750. JayBuck$ is unrelated to and in no way will offset your board plan.
- The card is non-transferable. If you attempt to use your card when there are insufficient funds available, the transaction will be denied.
- No cash withdrawals are permitted. You agree to use the card only for the purchase of goods and services and not to obtain cash from a merchant. You may return purchases to merchants for a credit to your account contingent upon their return policy.
- The cardholder is responsible for observing the amount and account charged during each use. Each receipt contains confidential information and we recommend you protect it as such. There are no fees or other charges associated with opening or maintaining a JayBuck$ account.
- Deposits will be loaded into your account immediately. If funds are credited to your account before your payment has cleared, you understand and agree that you will be liable should your payment be returned to us as unpaid. We reserve the right to freeze an account associated with your card in the event a payment is returned as unpaid. In addition, we are entitled to bill you to recover costs associated with such unpaid items.
- Checks returned as Not Sufficient Fund will be charged a fee of $30.00.
- The current balance in your JayBuck$ account will be carried over from semester to semester. When you graduate or terminate your studies/ association with Creighton University, you may request a refund of remaining funds. A balance greater than $25.00 will be returned. If you have less than $25.00 remaining in your account, we will not issue a refund check but encourage you to spend the balance.
- JayBuck$ accounts which remain inactive for 12 months will be refunded automatically less a $25.00 processing fee. The refund will be mailed to your last known address.
- The University is not responsible for the use of a lost or stolen card until it is reported to Card Services Office personnel (see item B above in ID Card Terms and Conditions.). At that time we will deactivate your card, protecting your JayBuck$ remaining balance. Student Banking services on the card requires additional notification.

**Acknowledgment**

I acknowledge the use and responsibility of the ID Card as stated above. The terms and conditions of the JayBuck$ account only apply if and when I make a deposit in that fund. I understand card usage information (agreements, account balances, statements, etc.) will be available free of charge at the Card Services Office. By signing below I represent that I have read this TERMS AND CONDITIONS AGREEMENT and agree to those terms.

(Please print clearly) Scorpio , Tristan
Last Name First Name Middle Initial

TSC63622
NetID

[signature]
Signature

Aug 4, 2022
Today's Date

Additional copies of these Terms and Conditions are available upon request through the Card Services office, located in the Harper Building, room 1090, or on the web at http://www.creighton.edu/admin/cardservices/.