IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TRISTAN SCORPIO,

            Plaintiff,

vs.

SODEXO, INC. ETAT., KRISTELL "CHRIS" REYNOLDS, and PAMELA REYNOLDS,

            Defendants.

8:23CV282

ORDER

      This matter is before the Court on its own motion. On July 6, 2023, the Clerk of the Court sent an order to Plaintiff at his last known address and it was returned to this Court as undeliverable. *See* Filing No. 8. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

      IT IS THEREFORE ORDERED that:

      1.    Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

      2.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **September 18, 2023**: check for address.

      Dated this 17th day of August, 2023.

                                             BY THE COURT:

                                             Joseph F. Bataillon
                                             Senior United States District Judge